UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Tyrone Harden Jr.,
Plaintiff,

v.                                    Civil Action No. 4:25-cv-03655

Equifax Information Services LLC,
Experian Information Solutions, Inc.,
and CCM Finance LLC,

Defendants.

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL TEXAS SECRETARY OF STATE CERTIFICATE OF SERVICE SUPPORTED DOCUMENT**

TO THE HONORABLE COURT:

Plaintiff Tyrone Harden Jr., appearing pro se, respectfully submits this Notice of Filing to supplement the record regarding service efforts upon Defendant CCM Finance LLC.

Plaintiff recently discovered that an additional Texas Secretary of State Certificate of Service was inadvertently omitted from prior filings. Plaintiff respectfully submits the attached certificate in good faith so the record is complete and accurate regarding Plaintiff's prior service efforts.

The attached Certificate issued by the Texas Secretary of State reflects that:

1. The Summons and First Amended Complaint were received by the Texas Secretary of State on October 14, 2025;
2. The Secretary of State forwarded the documents by certified mail to CCM Finance LLC at 11834 E. Northwest Hwy, Dallas, Texas 75218 on November 12, 2025; and
3. The return receipt was received by the Secretary of State office on November 17, 2025, bearing a signature.

Plaintiff respectfully submits this supplemental filing in response to the Court's concerns regarding strict compliance with service requirements and to assist the Court by providing

a complete record of Plaintiff's service-related documentation.

Plaintiff further notes that he is continuing efforts to promptly complete renewed service upon CCM Finance LLC within the time permitted by the Court in order to avoid further procedural disputes and to proceed in good faith.

Plaintiff respectfully requests that the Court consider the attached supplemental Secretary of State Certificate of Service as part of the record in this matter.

Respectfully submitted,
Tyrone Harden Jr
Pro Se

/s/ Tyrone Harden Jr.
Tyrone Harden Jr.
Pro Se Plaintiff
4800 Allendale Rd., Apt. 730
Houston, TX 77017
713-907-7263
tharden2012@yahoo.com