**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TYRONE HARDEN, JR.,<br>　　　　　*Plaintiff*,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES<br>LLC, EXPERIAN INFORMATION<br>SOLUTIONS, INC. AND CCM FINANCE<br>LLC,<br>　　　　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:25-cv-03655 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Steven J. Owens and Sara E. Wolfe of Kasowitz LLP,

hereby appear in the above-captioned case as attorneys on behalf of Experian Information

Solutions, Inc., and request that all notices given or required to be given and all papers served in

this case be delivered to and served upon them.

DATED: June 4, 2026

Respectfully submitted,

KASOWITZ LLP

By:　*/s/ Steven J. Owens*
　　　Steven J. Owens
　　　Texas State Bar No. 24098212
　　　SDTX Fed. Bar No. 3504157
　　　SOwens@kasowitz.com
　　　Sara E. Wolfe
　　　Texas State Bar No. 24109688
　　　SDTX Fed. Bar No. 3435505
　　　SWolfe@kasowitz.com
　　　1415 Louisiana Street, Suite 2100
　　　Houston, TX 77002
　　　(713) 220-8800
　　　(713) 222-0843 (fax)

　　　*Attorneys for Defendant*
　　　*Experian Information Solutions, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 4, 2026, I presented the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or mail.  I further certify that a true and correct copy of the foregoing document was served on Plaintiff, proceeding *pro se*, via U.S.P.S. First-Class Mail and/or email to:

Tyrone Harden, Jr.
4800 Allendale Road, Apt. 730
Houston, Texas 77017

*/s/ Steven J. Owens*
Steven J. Owens