**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| TRYONE HARDEN JR., <br>             Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br> EXPERIAN INFORMATION SOLUTIONS, INC., <br> CCM FINANCE LLC, <br>             Defendants. | Civil Action No.  4:25-cv-03655 |

## MOTION TO WITHDRAW THE APPEARANCE OF VINCENT J. HESS

Pursuant to Local Civil Rule 83.2, the undersigned, Vincent J. Hess, respectfully requests to withdraw as counsel for Defendant, Experian Information Solutions, Inc. ("Experian"), in this matter. This case has been transferred to other counsel for representation and service as lead counsel. Steven J. Owens and Sara E. Wolfe of Kasowitz LLC, who are admitted to this Court, have entered an appearance as local counsel for Experian.  Their contact information is:

Steven J. Owens
Kasowitz LLP
1415 Louisiana Street, Suite 2100
Houston, TX  77002
Telephone: 713-220-8800
Facsimile: 713-222-0843

Sara E. Wolfe
Kasowitz LLP
1415 Louisiana Street, Suite 2100
Houston, TX  77002
Telephone: 713-220-8800
Facsimile: 713-222-0843

The undersigned certifies that Experian is aware of the upcoming withdrawal, and that Experian consents. A proposed Order granting the Motion to Withdraw is attached hereto as **Exhibit A**.

Dated: June 8, 2026

Respectfully submitted,

*/s/ Vincent J. Hess*
Vincent J. Hess
Texas Bar No. 09549417
S.D. Bar 20194
Troutman Pepper Locke LLP
2200 Ross Ave., Suite 2800
Dallas, TX 75201
Vince.hess@troutman.com
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2026, I caused the foregoing document to be filed with the

Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel

of record. I further certify that I served a copy by U.S. Mail and email upon:

Tyrone Harden Jr.
4800 Allendale Rd, Apt 730
Houston, TX  77017
713-907-7263
tharden2012@yahoo.com
*Pro se plaintiff*

*/s/ Vincent J. Hess*
Vincent J. Hess

2