United States District Court
Southern District of Texas
EXHIBIT A
ENTERED
June 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| TRYONE HARDEN JR., | Civil Action No.  4:25-cv-03655 |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., CCM FINANCE LLC, | |
| Defendants. | |

**ORDER ON MOTION TO WITHDRAW**
**THE APPEARANCE OF VINCENT J. HESS**

Having reviewed the Motion to Withdraw the Appearance of Vincent J. Hess as Counsel

for Experian Information Solutions Inc., and for good cause shown, it is hereby **ORDERED AND**

**ADJUDGED** that the Motion to Withdraw is granted, and that Vincent J. Hess is terminated as

counsel for Experian in this action.

IT IS SO ORDERED.

Dated:  June 10, 2026

_____

_____
United States Magistrate Judge

330257762