UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**TYRONE HARDEN JR.,**
**Plaintiff,**

**v.**

**EQUIFAX INFORMATION SERVICES, LLC, et al.,**
**Defendants.**

**Civil Action No. 4:25-cv-03655**

PLAINTIFF'S NOTICE REGARDING SERVICE ON DEFENDANT CCM FINANCE LLC

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Tyrone Harden Jr. respectfully files this Notice regarding service efforts on Defendant CCM Finance LLC and would respectfully show the Court as follows:

1.    Plaintiff diligently attempted to comply with the Court's directives regarding service on Defendant CCM Finance LLC.

2.    On May 16, 2026, Plaintiff attempted service on CCM Finance LLC's registered agent at 11834 E. Northwest Highway, Dallas, Texas 75218, the address identified for service.

3.    Service was unsuccessful because the address could not be located and the business appeared inactive. The process server further reported that individuals in the area advised that the business was no longer operating at that location.

4.     Plaintiff promptly filed proof of the unsuccessful service attempt with the Court. The Court's docket reflects this filing at Docket Entry No. 67, titled "Return of Service Unexecuted as to CCM Finance LLC."

5.     Following the unsuccessful service attempt, Plaintiff proceeded with substitute service through the Texas Secretary of State as permitted by law.

6.     On May 19, 2026, the Summons and Complaint were delivered to the Texas Secretary of State for service on behalf of CCM Finance LLC.

7.     On May 21, 2026, Plaintiff filed proof of service reflecting delivery to the Texas Secretary of State. The Court's docket reflects this filing at Docket Entry No. 68, titled "Return of Service of Summons Executed as to CCM Finance LLC served on 5/19/2026, answer due 6/9/2026."

8.     After filing proof of service, Plaintiff contacted the Office of the Texas Secretary of State to inquire about the status of the Whitney Certificate and any tracking information associated with the service request.

9.     On June 9, 2026, the Texas Secretary of State advised Plaintiff that the office was experiencing a significant processing backlog and that service requests were substantially delayed. Plaintiff was further advised that it could be nearly two additional months before the service request is processed and the Whitney Certificate issued.

10.    Plaintiff respectfully submits that any delay in issuance of the Whitney Certificate is beyond Plaintiff's control. Plaintiff has acted diligently, promptly pursued substitute service after the unsuccessful service attempt, filed the appropriate returns with the Court, and continued to monitor the status of the service request with the Texas Secretary of State.

11.    Plaintiff will promptly file the Whitney Certificate upon receipt from the Texas Secretary of State.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court take notice of Plaintiff's continued efforts to complete service on Defendant CCM Finance LLC and grant such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

Tyrone Harden Jr.

Plaintiff Pro Se