United States District Court
Southern District of Texas
**ENTERED**
June 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| TYRONE HARDEN, JR., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 4:25-cv-3655 |
| | § | |
| EQUIFAX INFORMATION | § | |
| SERVICES, LLC, ET AL., | § | |
| *Defendants*. | § | |

**ORDER**

The Court previously ordered Plaintiff to file proof that he properly served Defendant CCM Finance LLC ("CCM") by June 11, 2026. ECF No. 65.[1] Plaintiff has since notified the Court that he hired a process server to attempt service on CCM's registered agent. ECF No. 74. The server tried to serve the agent at the address listed on the Texas Comptroller's website but found the address does not exist. ECF No. 67-1. Accordingly, Plaintiff sent copies of the summons and amended complaint to the Texas Secretary of State to effect substituted service under Texas Business Originations Code § 5.251(1). ECF No. 74 at 2. The Secretary acknowledged receipt of Plaintiff's request for service but informed him that "the office was experiencing a significant processing backlog and that service requests were substantially delayed," estimating "it could take nearly two additional months

---

[1] The district judge referred all pretrial proceedings under 28 U.S.C. § 636. ECF No. 22.

before [his] service request is processed." *Id.*; ECF No. 74-1 at 1.

The Court finds that good cause exists to permit substituted service through the Texas Secretary of State because Plaintiff has established that CCM's registered agent "cannot with reasonable diligence" be found at its listed address. TEX. BUS. ORGS. CODE § 5.251(1). The Court also finds that Plaintiff is working diligently to properly serve CCM.

Accordingly, the Court will extend the deadline to file proof of service. The Court **ORDERS** Plaintiff to file a report by August 14, 2026, attaching the Texas Secretary's *Whitney* certificate or, if one has not been issued, describing the status of his service request.

**IT IS SO ORDERED.**

Signed on June 12, 2026, at Houston, Texas.

_____
**Dena Hanovice Palermo**
**United States Magistrate Judge**