United States District Court
Southern District of Texas
**ENTERED**
November 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| TYRONE HARDEN JR., Plaintiff, | § | CIVIL ACTION NUMBER 4:25-cv-03655 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| EQUIFAX INFORMATION SERVICES, LLC, *et al*, Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Tyrone Harden, Jr., proceeds here *pro se*. He sues Defendants Equifax Information Services LLC, Experian Information Solutions, Inc, and CCM Finance, LLC, under the Fair Credit Reporting Act, Fair Debt Collection Practices Act, and Article 9 of the Uniform Commercial Code. See Dkt 29 at ¶¶14–34 (amended complaint). The matter was referred for disposition to Magistrate Judge Dena H. Palermo. Dkt 22.

Pending is a motion by Experian Solutions for judgment on the pleadings with respect to all of Plaintiff's claims. Dkt 79. Plaintiff didn't file a response. Dkt 84 at 2.

Pending is a report and recommendation from Judge Palermo. Dkt 85. She determined that Plaintiff's claims aren't viably pleaded against Experian Solutions. Id at 4–12. She thus recommends that the motion be granted, and that all claims against Experian Solutions be dismissed with prejudice. Id at 12.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir

1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Report and Recommendation, the record, and the applicable law.

The Report and Recommendation of the Magistrate Judge is ADOPTED as the Report and Order of this Court. Dkt 85.

The motion by Defendant Experian Information Solutions, Inc, for judgment on the pleadings is GRANTED. Dkt 79.

The claims against Defendant Experian Information Solutions, Inc, are DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed on November 2, 2026, at Houston, Texas.

CREskridge

Honorable Charles Eskridge
United States District Judge